668

[S. F. No. 13123. In Bank.—October 30, 1930.]

THOMAS B. DOZIER, Jr., Respondent, v. W. F. CHIP-
MAN, as Trustee, etc., Appellant.

W. C. Sharpsteen, Cushing & Cushing and William H.
Gorrill for Appellant.

Dozier & Kimball and Fred L. Berry for Respondent.

- THE COURT.—This is a companion case to the action of
*Davis* v. *Chipman* (S. F. No. 13122), *ante,* p. 609 [293 Pac.
40], this day decided. In that action the facts involved in
the present action are fully set forth as well as the nature
of the plaintiff's demand. It is not necessary to repeat
them here.      Upon the authority of *Davis* v. *Chipman,*
*supra,* the judgment herein is reversed.

Rehearing denied.

Shenk, J., and Preston, J., dissented.